IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| N. DOE, filing anonymously,<br>SECOND AMENDMENT FOUNDATION, INC.,<br>and ILLINOIS STATE RIFLE ASSOCIATION,<br><br>      Plaintiffs,<br>v.<br><br>EAST ST. LOUIS HOUSING AUTHORITY<br>and MILDRED A. MOTLEY, in her official<br>capacity as Executive Director of the East<br>St. Louis Housing Authority,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:18-CV-545-JPG-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT
## AND PERMANENT INJUNCTION

NOW COMES the Plaintiff, N. DOE, filing anonymously, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, and Defendants, EAST ST. LOUIS HOUSING AUTHORITY and MILDRED A. MOTLEY, in her official capacity as Executive Director of the East St. Louis Housing Authority, by and through their attorneys, and move this Court for an Order entering judgment and a permanent injunction pursuant to the attached Stipulation. In support thereof, the parties state as follows:

      1.     The parties have entered into a Stipulation, which is attached hereto as Exhibit "A."

      2.     The parties request that the Court enter final judgment and a permanent injunction in accordance with said Stipulation, and according to the Proposed Order, submitted simultaneously with this Motion.

WHEREFORE, the Plaintiffs, N. DOE, filing anonymously, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, and Defendants, EAST ST. LOUIS HOUSING AUTHORITY and MILDRED A. MOTLEY, in her official capacity as Executive Director of the East St. Louis Housing Authority, respectfully pray that the Court enter final judgment and a permanent injunction according and pursuant to the parties' filed Stipulation, and that the Court grant such other and further relief as is deemed reasonable and just.

Respectfully Submitted,

N. Doe, filing anonymously, Second Amendment Foundation, Inc., and Illinois State Rifle Association

By:     /s/ David G. Sigale
        DAVID G. SIGALE
        Attorney for Plaintiffs


East St. Louis Housing Authority and Mildred A. Motley, in her official capacity as Executive Director of the East St. Louis Housing Authority

By:     /s/ Stephen Moore
        STEPHEN MOORE
        One of the Attorneys for Defendants

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

Stephen Moore (Atty. ID# 6293419)
Galloway, Johnson, Tompkins, Burr & Smith
7800 Forsyth Boulevard, Suite 600St. Louis, MO 63105
(314) 725-0525
SMoore@gallowaylawfirm.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On April 3, 2019, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                    /s/ David G. Sigale
                    Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com